**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-02496-REB-MJW

EPIAH BHOMENGO,

    Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC., a/k/a HSS, Inc.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Defendant's Unopposed Motion To Reset Trial Date** [#23] filed December 12, 2012.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Defendant's Unopposed Motion To Reset Trial Date** [#23] filed December 12, 2012, is **GRANTED**;

    2.  That the Final Pretrial Conference and Trial Preparation Conference set for September 27, 2013, and the jury trial set to commence October 21, 2013, are **VACATED** and are **CONTINUED** pending further order of court; and

    3.  That the court shall enter a Second Trial Preparation Conference Order as soon as practicable based on the dates provided by defendant in its motion to reset.

    Dated:  December 12, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.