IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02496-REB-MJW

EPIAH BHOMENGO,

Plaintiff(s),

v.

HOSPITAL SHARED SERVICES, INC., aka HSS, Inc.,

Defendant(s).

---

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Stay Discovery Pending Resolution of Motion to Dismiss (docket no. 27) is GRANTED finding good cause shown.  See Stone v. Gonzales, 2006 U.S. Dist. LEXIS 43885 (D. Colo. 2006)(Watanabe, Mag. J.)("A stay in the discovery in this case comports with the interests of judicial economy.").  Discovery is STAYED pending decision by Judge Blackburn on the Recommendation on Defendant's Motion to Dismiss dated January 4, 2013 (docket no. 26).  There are no OBJECTIONS filed as of April 18, 2013, to the Recommendation (docket no. 26).

Date: April 19, 2013