**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02496-REB-MJW

EPIAH BHOMENGO,

    Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC,
    a/k/a HSS, Inc.,

    Defendant.

**FINAL JUDGMENT**

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the Order Adopting Recommendation of United States Magistrate Judge [#30] entered by Judge Robert E. Blackburn on April 23, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Defendant's Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Docket No. 13)** [#26] filed January 4, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the **Defendant's Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure** [#13] filed October 29, 2012, is **GRANTED**;

3. That under FED. R. CIV. P. 12(b)(6), the plaintiff's complaint [#1] is **DISMISSED** and the case is closed;

4.  That **JUDGMENT IS ENTERED** in favor of defendant, Hospital Shared Services, Inc. aka HSS, Inc., against the plaintiff, Epiah Bhomengo, on all claims for relief and causes of action asserted in this case;

5.  That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 26th day of April, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk