**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02496-REB-MJW

EPIAH BHOMENGO,

    Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC., aka HSS, INC.,

    Defendant.

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

**Blackburn, J.**

    Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this Court in this action. I have examined the file and have determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, I find that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

    DATED at Denver, Colorado this 29th day of May, 2013.

    BY THE COURT:

    **s/ Robert E. Blackburn**

    JUDGE, UNITED STATES DISTRICT
    COURT FOR THE DISTRICT OF COLORADO